UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE FEDERAL HOME LOAN
MORTGAGE CORPORATION,

       Plaintiff,

v.

PAUL WHEATER, MARSHA WHEATER,
PEARL LAKE, LLC and
ALL OTHER OCCUPANTS,

       Defendants,

and

PEARL LAKE, LLC,

       Counter-Claimant,

v.

THE FEDERAL HOME LOAN
MORTGAGE CORPORATION,

       Counter-Defendant.

Case No. 1:17-cv-745
Hon. Paul L. Maloney

## STIPULATED ORDER OF DISMISSAL OF COUNTERCLAIMS AND JUDGMENT OF POSSESSION

James Shek (P37444)
Counsel for Pearl Lake
P.O. Box A
Allegan, MI 49010
(269) 673-6125

Christopher J. Breay (P51646)
McShane & Bowie, P.L.C.
Counsel for FHLMC
99 Monroe Avenue N.W.
Suite 1100
Grand Rapids, MI 49503
(616) 732-5000
cjb@msblaw.com

## Stipulation

The Federal Home Loan Mortgage Corporation ("FHLMC") and Pearl Lake, LLC stipulate as follows: This action involves property located at 7736 W 72d Street, Fremont, Michigan and more particularly described by the Sheriff's Deed on Mortgage Sale recorded on October 31, 2016 at Liber 463, Page 4811, Newaygo County Register of Deeds (a copy of the Sheriff's Deed appears at PageID.42) ("Property"). FHLMC and Pearl Lake stipulate to the dismissal with prejudice of Pearl Lake's counterclaims against FHLMC. FHLMC and Pearl Lake further stipulate to the entry of a Judgment of Possession of the Property in favor of FHLMC and against all Defendants. Pearl Lake states that there are no occupants of the Property. Richard Wheater, son of Defendants Paul and Marsha Wheater ("Wheater Defendants"), has stated that the Wheater Defendants have both passed away. ¶ 4(b), **Exhibit 1.** (The Court will recall that the Wheater Defendants, before they passed, had moved to an assisted living facility in Hesperia (PageID.241) and Defaults had entered against them in this action (PageID.259).) Richard Wheater has agreed to accept, on behalf of the Wheater Defendants, service of the Order proposed below if entered. ¶ 4(d), **Exhibit 1.** He has stated that the Order may be served upon him by mailing it to 44 W Main Street, PO Box 7, Fremont, Michigan 49412. ¶ 4(e), **Exhibit 1.** (The Court will recall that the Defaults entered against the Wheater Defendants after Richard Wheater agreed to accept service of process at the same address of 44 W Main Street, Fremont, Michigan. PageIDs.241; 244.) Pearl Lake and FHLMC therefore stipulate to entry of the proposed Order below.

APPROVED:

James Shek (P37444)

w/ e
CJB
SEE ATT.

_Counsel for Pearl Lake_

McShane & Bowie, P.L.C.

By:_____
Christopher J. Breay (P51646)
Counsel for FHLMC

## Order

Upon the stipulation of the parties, as indicated by the signatures of their counsel as set forth above, and the Court being otherwise fully apprised in the premises,

All of Pearl Lake, LLC's counterclaims are dismissed with prejudice.

Judgment of possession of the Property (as that term is described in the Stipulation above) is hereby entered in favor of The Federal Home Loan Mortgage Corporation("FHLMC") and against all Defendants.

FHMLC shall serve a copy of this Order upon Defendants Paul and Marsha Wheater by sending the Order by first-class mail to Richard Wheater at 44 W Main Street, PO Box 7, Fremont, Michigan 49412.

FHLMC will have the right to possession of the Property after 15 days have elapsed after a copy of this Order is mailed to Richard Wheater. FHLMC will also at that time have the right to apply to this Court for an Order of Eviction if necessary.

IT IS SO ORDERED

Dated: November 26, 2018

/s/ Paul L. Maloney
DISTRICT COURT

- 3 -

# Exhibit 1

THE FEDERAL HOME LOAN
MORTGAGE CORPORATION,

     Plaintiff,

v.

PAUL WHEATER, MARSHA WHEATER,
PEARL LAKE, LLC and
ALL OTHER OCCUPANTS,

     Defendants,

and

PEARL LAKE, LLC,

     Counter-Claimant,

v.

THE FEDERAL HOME LOAN
MORTGAGE CORPORATION,

     Counter-Defendant.

Case No. 1:17-cv-745
Hon. Paul L. Maloney

---

## AFFIDAVIT OF MICHELLE M. VARGO

---

James Shek (P37444)
Counsel for Pearl Lake
P.O. Box A
Allegan, MI 49010
(269) 673-6125

Christopher J. Breay (P51646)
McShane & Bowie, P.L.C.
Counsel for FHLMC
99 Monroe Avenue N.W.
Suite 1100
Grand Rapids, MI 49503
(616) 732-5000
cjb@msblaw.com

STATE OF MICHIGAN )
                   ) SS
COUNTY OF KENT )

I, Michelle M. Vargo, being first duly sworn, depose and say that:

1.       I have personal knowledge of the facts set forth herein and, if called as a witness, can competently testify as to same.

2.       I am employed by the law firm of McShane & Bowie, P.L.C. as a Legal Assistant.

3.       On Wednesday, October 10, 2018 at approximately 10:15 a.m., I spoke on the telephone with Richard C. Wheater, Sr.

4.       At that time, Richard C. Wheater, Sr. told me:

      a.   he is the son of Defendants Paul and Marsha Wheater ("Wheater Defendants").

      b.   both of the Wheater Defendants are deceased.

      c.   he has Power of Attorney on behalf of both Wheater Defendants.

      d.   he agreed to accept, on behalf of both Wheater Defendants, service of a judgement against them.

      e.   to effectuate service, he said we could send the judgment by U.S. Mail to 44 W Main Street, PO Box 7, Fremont, MI 49412.

FURTHER AFFIANT SAYETH NAUGHT.

_Michelle M. Vargo_
Michelle M. Vargo

Subscribed and sworn to before me
this __14th__ day of November, 2018.

_Stephanie L. Wiltgen_
Stephanie L. Wiltgen, Notary Public
County of Kent, Acting in Kent County
My Commission Expires: 2/13/2022

APPROVED:

James Shek (P37444)

*[signature]*

Counsel for Pearl Lake

McShane & Bowie, P.L.C.

By:_____
        Christopher J. Breay (P51646)
        Counsel for FHLMC

## Order

Upon the stipulation of the parties, as indicated by the signatures of their counsel as set forth above, and the Court being otherwise fully apprised in the premises,

All of Pearl Lake, LLC's counterclaims are dismissed with prejudice.

Judgment of possession of the Property (as that term is described in the Stipulation above) is hereby entered in favor of The Federal Home Loan Mortgage Corporation("FHLMC") and against all Defendants.

FHMLC shall serve a copy of this Order upon Defendants Paul and Marsha Wheater by sending the Order by first-class mail to Richard Wheater at 44 W Main Street, PO Box 7, Fremont, Michigan 49412.

FHLMC will have the right to possession of the Property after 15 days have elapsed after a copy of this Order is mailed to Richard Wheater. FHLMC will also at that time have the right to apply to this Court for an Order of Eviction if necessary.

IT IS SO ORDERED

Dated:_____

_____
DISTRICT COURT

544800.DOC